This order is entered based upon oral findings and conclusions announced from the bench after evidence and argument this date.

**SO ORDERED.**

**SIGNED this 19 day of November, 2014.**

_____
John T. Laney, III
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| In re: | * | |
| --- | --- | --- |
|  | * | Chapter 7 |
| Sabrina Gouthier | * | Case No. 14-70749 |
| Debtors. | * | |

**ORDER CONVERTING CHAPTER 7 CASE TO CASE UNDER CHAPTER 13**

The Debtor(s) having filed a Motion, in accordance with 11 U.S.C. §706(a), seeking to convert this case to a case under Chapter 13 of the Bankruptcy Code. The Court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. §1112 or §1208, or §1307.

IT IS ORDERED THAT:

1. This Chapter 7 case is converted to a case under Chapter 13.

2. The Chapter 7 Trustee within 30 days of this Order shall file:

    a. an account of all receipts and disbursements made in the Chapter 7 case, and
    b. a report on the administration of the case pursuant to 11 U.S.C. §704(9).

3. The Trustee forthwith shall turn over to the Debtor(s) all records and property of the estate remaining in the Trustee's custody and control.

4. The Trustee or any other party entitled to compensation may within 30 days of the date of this Order file an application for compensation and reimbursement of expenses.

5. The Debtor(s) within 15 days from the date of this Order shall file the statements and schedules required by Bankruptcy Rule 1007(b), if such documents have not already been filed.

6. The Debtor(s) within 15 days from the date of this Order shall file a Chapter 13 Plan.
7. The Debtor(s) consenting, the Chapter 7 Discharge Order is vacated.

END OF DOCUMENT

Prepared by:
Orson Woodall
1003 N. Patterson St.
P.O. Box 3335
Valdosta, GA 31604-3335
(229) 247-1211
Georgia Bar No. 775040